AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

District of New Jersey

| | | |
|---|---|---|
| Edward D. Fagan, | ) | Civil Action No. 08-5111 (SDW) |
| **Plaintiff,** | ) | |
| vs | ) | |
| State of New Jersey, Office of Attorney Ethics, | ) | |
| John McGill III, Nicholas Hall, and | ) | |
| John Does/Jane Does 1 – 10, | ) | |
| | ) | **SUMMONS IN A CIVIL ACTION** |
| **Defendants** | ) | |

To: *(Defendant's name and address)*

- State of New Jersey - c/o NJ Attorney General, 31 Clinton St or 33 Washington St. Newark, NJ
- Office of Attorney Ethics, 840 Bear Tavern Road. West Trenton, NJ 08628
- John McGill III, 840 Bear Tavern Road. West Trenton, NJ 08628
- Nicholas Hall, 840 Bear Tavern Road. West Trenton, NJ 08628

A lawsuit has been filed against you.

Within __20__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Edward D. Fagan
5 Penn Plaza, 23rd Floor
New York, NY 10001
Tel. (646) 378-2225

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**WILLIAM T. WALSH**

Name of clerk of court

Date: __10/21/2008__

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 04/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _____ ,
by:

    (1) personally delivering a copy of each to the individual at this place, _____

    _____ ; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
       who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is

    _____ ; or

    (4) returning the summons unexecuted to the court clerk on _____ ; or

    (5) other (specify) _____

    _____

    _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 _____ .

Date: _____

                                             _____
                                                  Server's signature

                                             _____
                                                  Printed name and title

                                             _____
                                                  Server's address