UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

-----------------------------------------------------X
**Edward D. Fagan,**
              **Plaintiff**

Vs.

**State of New Jersey,**
**Office of Attorney Ethics,**
**John McGill III, Nicholas Hall,**
**And John Does/Janes Does 1 – 10**
              **Defendants**
-----------------------------------------------------X

2008 NOV 25 P 5: 06

08-cv-5111 (SDW)(ES)

## NOTICE OF FILING OF RETURN OF SERVICE

Edward D. Fagan hereby declares and says:

1. I am the Plaintiff in this matter and with this Declaration, I am providing the Court with the Return of Service by Elizabeth Silver of the Summons & Complaint in this matter that was made on all defendants through service upon their agent and at their agent's place of business Office of Attorney General 25 Market Street, 8th Floor, West Wing, Trenton, NJ 08625.

2. The time for Defendants to answer, plead or otherwise move expired on Nov. 24, 2008 and no extensions have been granted.

3. I certify under penalty of perjury and in accordance 28 USC § 1746 the foregoing statements to be true and accurate.

Dated: November 24, 2008
New York, NY

Edward D. Fagan
22 Courtlandt Street, 16th Floor
New York, NY 10007
- and -
10 Ferncliff Terrace
Short Hills, NJ 07078
(917) 239-4989
Plaintiff Pro Se

## **CERTIFICATE OF SERVICE**

I hereby certify that a courtesy copy the Notice of Filing of Return of Service has been served upon Defendants' counsel – the office of Attorney General, located at 25 Market Street, 8th Floor, West Wing, Trenton, NJ 08625 by US mail postage prepaid.

A courtesy hard copy is also being provided to the Honorable Susan D. Wigenton USDJ.

Dated: November 24, 2008
New York, NY

Edward Fagan

AO 440 (Rev. 04/08) Civil Summons (Page 2)

**Proof of Service**

Fagan V. State of New Jersey et al   08-cv-5111 (PDW)(ES)

I declare under penalty of perjury that I served the summons and complaint in this case on _____,
by: State of New Jersey office of Attorney Ethics, John McGill III and Nicholas Hall by:

(1) personally delivering a copy of each to the individual at this place, _____ ; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is _____ ; or

(4) returning the summons unexecuted to the court clerk on _____ ; or

(5) other (specify) I tried to personally serve at NJAG's offices in Newark as listed on NJAG website, including 33 Washington St. and 21 Clinton Street. Also tried at Essex City District Ethics office. Finally served by mail pursuant to NJSA 4:4-4 (7) by certified mail. See attached.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

Date: November 3, 2008

Server's signature
Elizabeth Silver
Printed name and title

10 Ferncliff Terrace
Short Hills, NJ 07078

Server's address



U.S. Postal Service
CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

7007 3020 0000 9140 0199

| | |
|---|---|
| Postage | $4.80 |
| Certified Fee | $2.70 |
| Return Receipt Fee (Endorsement Required) | $2.20 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $9.70 |

Sent To: Office of Attorney General Richard J Hughes
Street, Apt. No.; or PO Box No.: 5th Floor, West Wing, 25 Market Street
City, State, ZIP+4: Trenton NJ 08625-0112

PS Form 3800, August 2006    See Reverse for Instructions

AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the
District of New Jersey

| | | |
|---|---|---|
| Edward D. Fagan, | ) | Civil Action No. 08-5111 (SDW) |
| Plaintiff, | ) | |
| vs | ) | |
| State of New Jersey, Office of Attorney Ethics, | ) | |
| John McGill III, Nicholas Hall, and | ) | |
| John Does/Jane Does 1 – 10, | ) | SUMMONS IN A CIVIL ACTION |
| Defendants | ) | |

To: *(Defendant's name and address)*

- State of New Jersey - c/o NJ Attorney General, 31 Clinton St or 33 Washington St. Newark, NJ
- Office of Attorney Ethics, 840 Bear Tavern Road, West Trenton, NJ 08628
- John McGill III, 840 Bear Tavern Road, West Trenton, NJ 08628
- Nicholas Hall, 840 Bear Tavern Road, West Trenton, NJ 08628

A lawsuit has been filed against you.

Within **20** days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Edward D. Fagan
5 Penn Plaza, 23rd Floor
New York, NY 10001
Tel. (646) 378-2225

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**WILLIAM T. WALSH**
Name of clerk of court

Date: 10/21/2008

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*