United States District Court
for the District of New Jersey

| | |
|---|---|
| **EDWARD D. FAGAN** : | |
| : | Civil No. 08-5111 |
| Plaintiff : | |
| : | |
| : | Order of Reassignment |
| **STATE OF NEW JERSEY, ET AL** : | |
| : | |
| Defendant : | |
| : | |

It is on this 16th day of January 2009,

O R D E R E D that the entitled action is reassigned

from Judge Susan D. Wigenton to Judge Peter G. Sheridan.

                                                           S/Garrett E. Brown, Jr.
                                          Garrett E. Brown, Jr., Chief Judge
                                          United States District Court