UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

---------------------------------------------------------- X
Edward D. Fagan,                                           :    Civil Action #
                Plaintiff          :    08-cv-5111 (PGS)(ES)
   v.                                                      :
                                   :
State of New Jersey, et al,                                :
                Defendants.       :
---------------------------------------------------------- X

**Voluntary Dismissal Without Prejudice pursuant to FRCP 41 (a) (1) (A) (i)**

      Plaintiff Edward D. Fagan hereby voluntarily dismisses the claims in his complaint in accordance with the terms of FRCP 41 (a)(1)(A)(i) without prejudice against all Defendants, none of whom/which have filed answers and/or Motions for Summary Judgment.

Dated: January 30, 2009

                                                    Edward D. Fagan
                                                    10 Ferncliff Terrace
                                                    Short Hills, NJ 07078
                                                    Tel. (917) 239-4989
                                                    Plaintiff Pro Se

---

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing Voluntary Dismissal, without prejudice, is being filed with the Clerk of the Court.

A courtesy hard copy has been forwarded to the Hon. Peter G. Sheridan USDJ

And a hard copy of the papers have been served by US mail postage prepaid on Defendants' counsel Jill Powers Esq., Office of Attorney General, 26 Market Street, P.O. Box 112 Trenton, NJ 08625

Dated: January 30, 2009

Edward D. Fagan