UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

------------------------------------------------------------ X
Edward D. Fagan,                           :     Civil Action #
                          Plaintiff        :     08-cv-5111 (PGS)(ES)
       v.                                  :
                                           :
State of New Jersey, et al,                :
                          Defendants.      :
------------------------------------------------------------ X

**Voluntary Dismissal Without Prejudice pursuant to FRCP 41 (a) (1) (A) (i)**

Plaintiff Edward D. Fagan hereby voluntarily dismisses the claims in his complaint in accordance with the terms of FRCP 41 (a)(1)(A)(i) without prejudice as against all Defendants, none of whom/which have filed answers and/or Motions for Summary Judgment.

Dated: January 30, 2009

Edward D. Fagan
10 Ferncliff Terrace
Short Hills, NJ 07078
Tel. (917) 239-4989
Plaintiff Pro Se

SO ORDERED: /s/ Peter M. Sheridan
DATED: 2/6/09

1

---

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing Voluntary Dismissal, without prejudice, is being filed with the Clerk of the Court.

A courtesy hard copy has been forwarded to the Hon. Peter G. Sheridan USDJ

And a hard copy of the papers have been served by US mail postage prepaid on Defendants' counsel Jill Powers Esq., Office of Attorney General, 26 Market Street, P.O. Box 112 Trenton, NJ 08625

Dated: January 30, 2009

*Edward D. Fagan*
Edward D. Fagan